# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | **UNDER SEAL** |
| v. | ) | |
| | ) | Case No. 2:16mj442 |
| Ian Cruz Perez | ) | |
| *Defendant* | ) | |

**FILED NOV -1 2016** CLERK US DISTRICT COURT NORFOLK VA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the dates <u>from September 27, 2016 through October 27, 2016</u> in the city of <u>Hampton, Virginia in the Eastern District of Virginia and elsewhere</u>, the defendant violated:

| Code Section(s) | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Any person who knowingly distributes any child pornography or materials that contain child pornography that has been mailed, or using any means or facility of interstate or foreign commerce shipped or transported in or affecting interstate or foreign commerce by any means, including by computer. |

This criminal complaint is based on these facts: **Please see attached Affidavit**.

READ AND REVIEWED:

*/s/ Alyssa K. Nichol*
Alyssa K. Nichol
Special Assistant United States Attorney

☒ Continued on the attached sheet.

*/s/ Stacey A. Sullivan*
Complainant's signature

Stacey A. Sullivan, SA, FBI
Printed name and title

Sworn to before me and signed in my presence.
Date: 11-1-16

City and state: Norfolk, VA

*/s/ Lawrence R. Leonard*
Judge's signature
Lawrence R. Leonard
United States Magistrate Judge
Printed name and title